# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS FLOYD MAIN,<br><br>Defendant. | **Case No. CR 20-14-GF-BMM**<br><br>**ORDER FOR TEMPORARY RELEASE** |

Upon Motion of Counsel for Mr. Main (Doc. 3 ) and good cause appearing;

IT IS HEREBY ORDERED that Defendant, Douglas Floyd Main, shall be temporarily released from the Cascade County Detention Center in Great Falls, Montana, on **Thursday, October 30, 2025, at 11:00 a.m.** Main will call U.S. robation Officer AnnaLiesa auth upon his release from the Cascade County Detention Center and upon his arrival at ort elknap Agency. IT IS FURTHER HEREBY ORDERED that Mr. Main shall return to the Cascade County Detention Center in Great Falls, Montana no later than **6:00 p.m. on Friday, October 31, 2025.** Main will stay the night of October 30, 2025 at 226 Court Housing Loop, Harlem, Montana, with his wife and 20 year old son. Main will be subject to the same conditions of release imposed in the judgment on September 28, 2020. ((Doc. 28.)

The following condition will be imposed: Unless you receive prior written approval from the probation officer, you must not knowingly reside in the home or residence with any child under the age of 18.

DATED this 30th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts